# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Brack, Robert C. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/21/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>100 North Church Street<br>Suite 590<br>Las Cruces, NM 88001 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C. | 05/21/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C. | 05/21/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Northwestern Mutual | Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C. | 05/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vacation Home - Ruidoso, NM (1/2 Interest) | | None | L | W | | | | | |
| 2. JOINT ACCOUNT, CHARLES SCHWAB, LCNM | A | Interest | J | T | | | | | |
| 3. Schwab Govt. Money Fund Investor | A | Dividend | K | T | Buy | 09/09/18 | M | | |
| 4. Splunk Inc. | | None | J | T | Buy | 09/20/18 | J | | |
| 5. Alphabet Inc. Class C | | None | J | T | Buy | 09/18/18 | J | | |
| 6. Twitter Inc. | | None | J | T | Buy | 09/19/18 | J | | |
| 7. Cullen Frost Bankers | | None | J | T | Buy | 09/21/18 | J | | |
| 8. Cullen Frost Bankers | | None | | | Sold | 11/02/18 | J | | |
| 9. Redhat Inc. | | None | J | T | Buy | 09/25/18 | J | | |
| 10. Mongodb Inc. Class A | | None | J | T | Buy | 09/27/18 | J | | |
| 11. Idexx Labs Inc. | | None | J | T | Buy | 10/02/18 | J | | |
| 12. Roku Inc. Class A | | None | J | T | Buy | 10/04/18 | J | | |
| 13. Tyler Technologies | | None | J | T | Buy | 10/04/18 | J | | |
| 14. Illumina Inc. | | None | J | T | Buy | 10/05/18 | J | | |
| 15. Adobe Systems Inc. | | None | J | T | Buy | 10/08/18 | J | | |
| 16. Mastercard Inc. Class A | | None | J | T | Buy | 10/10/18 | J | | |
| 17. Gartner Inc. | | None | J | T | Buy | 10/10/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C. | 05/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corp. | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 19. Visa Inc. Class A | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 20. Yext Inc. | | None | J | T | Buy | 10/12/18 | J | | |
| 21. Intuitive Surgical | | None | J | T | Buy | 10/18/18 | J | | |
| 22. Veeva Systems Inc. Class A | | None | J | T | Buy | 10/18/18 | J | | |
| 23. Global Payments Inc. | A | Dividend | J | T | Buy | 10/23/18 | J | | |
| 24. ▨ - IRA - CHARLES SCHWAB, LCNM | A | Dividend | J | T | | | | | |
| 25. MFS Utilities Fund | | None | | | Sold | 09/26/18 | K | | |
| 26. Alphabet Inc. Class C | | None | J | T | Buy | 09/27/18 | J | | |
| 27. Schwab Govt. Money Fund Investor | A | Dividend | K | T | Buy | 09/27/18 | K | | |
| 28. Twitter Inc. | | None | J | T | Buy | 09/28/18 | J | | |
| 29. Splunk Inc. | | None | J | T | Buy | 10/01/18 | J | | |
| 30. Roku Inc. Class A | | None | J | T | Buy | 10/04/18 | J | | |
| 31. Tyler Technologies | | None | J | T | Buy | 10/04/18 | J | | |
| 32. Illumina Inc. | | None | J | T | Buy | 10/05/18 | J | | |
| 33. Mastercard Inc. Class A | | None | J | T | Buy | 10/08/18 | J | | |
| 34. Adobe Systems Inc. | | None | J | T | Buy | 10/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C. | 05/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cullen Frost Bankers | | None | J | T | Buy | 10/10/18 | J | | |
| 36. Cullen Frost Bankers | | None | | | Sold | 11/02/18 | J | | |
| 37. Idexx Labs Inc. | | None | J | T | Buy | 10/10/18 | J | | |
| 38. Yext Inc. | | None | J | T | Buy | 10/12/18 | J | | |
| 39. Mongodb Inc. Class A | | None | J | T | Buy | 10/17/18 | J | | |
| 40. Intuitive Surgical | | None | J | T | Buy | 10/18/18 | J | | |
| 41. Visa Inc. Class A | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 42. Veeva Systems Inc. Class A | | None | J | T | Buy | 10/18/18 | J | | |
| 43. Global Payments Inc. | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 44. Gartner Inc. | | None | J | T | Buy | 10/24/18 | J | | |
| 45. Microsoft Corp. | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 46. 401K - ABG ROCKY MOUNTAIN CONSULTANTS, DENVER, CO | | | | | | | | | |
| 47. Blackrock High Yield Bond Inst. 1 | | None | J | T | | | | | |
| 48. Columbia Dividend Income Inst. 2 | | None | K | T | | | | | |
| 49. DFA Emerging Markets 1 | | None | J | T | | | | | |
| 50. Dodge & Cox Income | | None | J | T | | | | | |
| 51. Fidelity Advisor Small Cap Growth 1 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C. | 05/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Select Health Care | | None | J | T | | | | | |
| 53. Ivy International Core Equity Y | | None | K | T | | | | | |
| 54. Janus Henderson Enterprise T | | None | J | T | | | | | |
| 55. MetLife Stable Value Fund | | None | K | T | | | | | |
| 56. PIMCO Income A | | None | K | T | | | | | |
| 57. T. Rowe Price Blue Chip Growth | | None | K | T | | | | | |
| 58. Undiscovered Managers Behavioral Val R6 | | None | J | T | | | | | |
| 59. Vanguard Information Technology Index Admiral | | None | J | T | | | | | |
| 60. Vanguard Real Estate Index Admiral | | None | J | T | | | | | |
| 61. Wells Fargo Special Mid Cap Value Inst. | | None | J | T | | | | | |
| 62. 529 - CHARLES SCHWAB, ▨ - ▨ NO. 2 | | | | | | | | | |
| 63. Aggressive Track - 50% Equity Portfolio | | None | K | T | Buy | 09/11/18 | K | | |
| 64. Aggressive Track - 50% Equity Portfolio | | None | | | Sold | 11/05/18 | K | | |
| 65. Aggressive Track - 40% Equity Portfolio | | None | K | T | Buy | 11/05/18 | K | | |
| 66. 529 - CHARLES SCHWAB, ▨ - ▨ NO. 1 | | | | | | | | | |
| 67. Aggressive Track - 70% Equity Portfolio | | None | K | T | Buy | 09/11/18 | K | | |
| 68. 529 - CHARLES SCHWAB, ▨ - ▨ NO. 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C. | 05/21/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aggressive Track - 80% Equity Portfolio | | None | K | T | Buy | 09/11/18 | K | | |
| 70. 529 - CHARLES SCHWAB, ▮▮▮ - ▮▮▮ NO. 2 | | | | | | | | | |
| 71. Aggressive Track - 70% Equity Portfolio | | None | K | T | Buy | 09/11/18 | K | | |
| 72. Northwestern Mutual Whole Life Insurance Policy - Cash Value | A | Interest | K | T | | | | | |
| 73. Citizens Bank, LCNM (Accounts) | A | Interest | K | T | | | | | |
| 74. Citizens Bank - IRA (Formerly listed as NM Bank and Trust | A | Interest | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This Amended Report is submitted due to the inadvertent omission of Item No. 74, under Section VII: Investments and Trusts.

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C. | 05/21/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert C. Brack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544